[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-14450
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 18, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-61244-CV-JIC

FRANK R. ZOKAITES,

Plaintiff-Appellant,

versus

BALISTRERI REALTY, INC.,
LUC GAUTHIER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 18, 2008)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Frank Zokaites appeals the district court's denial of his motion to amend judgment to add prejudgment interest. Zokaites contends the district court erred in denying the motion because he is entitled to prejudgment interest under Florida law. After reviewing the record and the parties' briefs, we agree with the district court's well-reasoned order of August 23, 2007, and affirm the district court.

**AFFIRMED.**